UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re Subpoenas Issued to Charles Fry and Marc Muller, Employees of the Smithsonian Institution | ) ) ) ) ) Misc. Action No. 13-132 (RLW) |

## NOTICE

The United States Attorney, by and through the undersigned counsel, and on behalf of nonparty witnesses Charles Fry and Marc Muller, in their official capacities as officers of the Smithsonian Institution ("Smithsonian" or "Agency"),[1] respectfully files this Notice to inform the Court that the underlying civil matter in the Superior Court of the District of Columbia pursuant to which the two subpoenas were issued -- <u>Patrick Lee Harrington v. Del Industries, d/b/a Del Ozone, et al.</u> --  has been resolved and the parties to that action have withdrawn all requests for information to the Smithsonian, including the two subpoenas at issue in this removal.  Therefore, there is no further action to be taken in this matter and the Court may close the case.

<div style="margin-left: 50%;">

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

BY:    ____/s/__*Mitchell Zeff*_____
MITCHELL P. ZEFF, D.C. Bar # 494066
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

</div>

---

[1] The United States Attorney represents Defendants Fry and Muller in their official capacity only.

Phone: (202) 514-7352
Fax: (202) 514-8780
mitchell.zeff@usdoj.gov